# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Lamont E. Stallworth

                                  Plaintiff,

v.                                                   Case No.: 1:14–cv–07084
                                                                Honorable James B. Zagel

Loyola University Chicago, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 10, 2016:

      MINUTE entry before the Honorable James B. Zagel: Defendants' Motion for Leave to Withdraw [75] is granted. Attorney Eric L. White is granted leave to withdraw his appearance on behalf of Defendants. Hearing set for 8/11/16 is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.