IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMONT E. STALLWORTH, Ph.D, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2014 C 7084 |
| v. ) | |
| ) | |
| LOYOLA UNIVERSITY CHCAGO, ) | Honorable Judge Blakely |
| ALFRED GINI, in his individual capacity, ) | |
| KATHLEEN GETZ, in her individual capacity, ) | Magistrate Judge Jeffrey Cole |
| and JOHN PELISSERO, in his individual ) | |
| capacity, ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE SUBSTITUTE ATTORNEY APPEARANCE
ON BEHALF OF PLAINTIFF AND TO EXTEND THE DISCOVERY CUT OFF DATE**

Plaintiff, LAMONT E. STALLWORTH, Ph.D, by and through his attorneys, THE COFFEY LAW OFFICE, P.C., with prior consultation with and agreement of his former counsel, Attorney Wayne Giampietro, respectfully moves this Honorable Court for leave to file a substitute attorney appearance; Plaintiff also moves for a sixty (60) day extension in the present February 16, 2016, discovery cut-off date, and in support thereof state as follows:

1. On or around December 15, 2016, Plaintiff retained attorney Timothy J. Coffey and The Coffey Law Office, P.C. to represent him in this matter, and notified his then attorney of record in this matter, Wayne Giampietro, that he was terminating their attorney-client relationship.

2. While new counsel is hopeful of a smooth transition of the file, the file has yet to be transferred, and Attorney Coffey has not yet received or been able to review discovery requests/responses, and other key documents in this matter.

3. On November 30, 2016, Plaintiff's former counsel filed an initial motion to extend

discovery wherein he stated that in the month of November, Defendants produced nearly 4500 pages of documents. He also stated that Defendants had not stated which of Plaintiff's requests for documents (served back on March 2016) the 4500 pages were responsive to.

4. On December 8, 2016, this Court extended discovery for all purposes to February 16, 2017.

5. It is new counsel's understanding that only one deposition (of one of Plaintiff's treating physicians) has taken place to date, and that Plaintiff has yet to serve a notice of necessary depositions on Defendants. New counsel will endeavor to issue that notice as soon as possible, and work the Defendants' counsel to set a mutually convenient deposition schedule. New counsel has yet to receive/review Defendants' Rule 26 initial disclosures or interrogatory answers, and thus at this time does not know how many witnesses Defendants have disclosed, or how many will need to be deposed.

6. Plaintiff's new counsel also has a jury trial presently set before Judge Travers in Livingston County, Illinois, for the week of January 9, 2016, that, if it goes, may go into the following week as well.

7. There appears to be a number of disputed claims and factual issues as to liability present in this matter. It would also be standard for Defendants to file a dispositive motion at the conclusion of discovery in such cases. In light thereof, Plaintiff requests that expert discovery related to damages be stayed until after this court rules on Defendants' expected dispositive motion.

8. In light of the above described status and remaining discovery, the Plaintiff

respectfully asks this Court to extend the present February 16, 2017, discovery cut-off date for sixty (60) days to April 17, 2017, and stay expert discovery related to damages.

9.  This is the Plaintiff's second request to extend a discovery (or other) deadline or due date in this case.   The motion is being brought with the intent to continue to diligently proceed with and complete discovery in this matter.   It is not brought to delay, or for any other improper reason.

Wherefore, Plaintiff respectfully moves this Honorable Court for leave to allow Attorney Coffey to file instanter his substitute attorney appearance on Plaintiff's behalf, for a sixty (60) day extension in the present February 16, 2017, discovery cut-off date to April 17, 2017, and to stay expert discovery related to damages,

                              Respectfully submitted,
                              Plaintiff, LAMONT E. STALLWORTH, Ph.D

                        By:     s/ Timothy J. Coffey
                              Timothy J. Coffey
                              THE COFFEY LAW OFFICE, P.C.
                              Attorneys for Plaintiff LAMONT E. STALLWORTH, Ph.D
                              1805 N. Mill Street
                              Suite E
                              Naperville, IL 60563
                              (630) 627-9700