**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAMONT E. STALLWORTH, Ph.D, )<br>)<br>Plaintiff, )<br>) Case No. 2014 C 7084<br>v. )<br>)<br>LOYOLA UNIVERSITY CHCAGO, ) Honorable Judge Blakely<br>ALFRED GINI, in his individual capacity, )<br>KATHLEEN GETZ, in her individual capacity, ) Magistrate Judge Jeffrey Cole<br>and JOHN PELISSERO, in his individual capacity, )<br>Defendants. )<br>) | |

**JOINT STIPULATION TO DISMISS**

Plaintiff LAMONT E. STALLWORTH and Defendants LOYOLA UNIVERSITY OF CHICAGO, ALFRED GINI, KATHLEEN GETZ, and JOHN PELISSERO, by and through their attorneys, hereby stipulate to voluntary dismissal with prejudice of this action pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear its own costs and attorneys' fees.

LAMONT E. STALLWORTH, Ph.D,    LOYOLA UNIVERSITY OF CHICAGO,
                                ALFRED GINI, KATHLEEN GETZ, and
                                JOHN PELISSERO,

By:/s/ Timothy Coffey            By: /s/ Peter G. Land

Timothy J. Coffey                Peter G. Land (06229659)
The Coffey Law Office, P.C.      pgl@franczek.com
1805 North Mill Street, Suite E  Gwendolyn B. Morales
Naperville, IL 60563             gbm@franczek.com
(630) 627-9700                   Franczek Radelet, PC
                                 300 South Wacker Drive, Suite 3400
                                 Chicago, IL 60606
Dated:   September 20, 2017      (312) 986-0300

**CERTIFICATE OF SERVICE**

1949522.1

The undersigned, an attorney, certifies that he caused the foregoing **Joint Stipulation to Dismiss** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record on this 20th day of September, 2017:

> Timothy J. Coffey
> Coffey Law Office, P.C.
> 1805 North Mill Street, Suite E
> Naperville, IL 60563

s/ Peter G. Land
Peter G. Land
